No. 84–6295.   GIBBS *v.* PHELPS, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 84–6296.   HOWARD *v.* CUPP, SUPERINTENDENT, OREGON STATE PENITENTIARY.   C. A. 9th Cir.   Certiorari denied.

No. 84–6304.   WILLIAMS *v.* NEW JERSEY.   Sup. Ct. N. J. Certiorari denied.

No. 84–6311.   MITCHELL *v.* MEESE, ATTORNEY GENERAL. C. A. 7th Cir.   Certiorari denied.

No. 84–6313.   YOCUM *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 84–6314.   CALVENTE ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 84–6319.   GRAY ET AL. *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 84–6324.   INGRAHAM *v.* UNITED STATES POSTAL SERVICE ET AL.   C. A. Fed. Cir.   Certiorari denied.

No. 84–6328.   FLEMING *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 84–6331.   THOMAS *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 84–6347.   JONES *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 84–6355.   PRIDE *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 84–6362.   MERRITT *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 84–6363.   TOOKER *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 84–6376.   ANDREWS *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.